AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gilliam Jr., Haywood S. | U.S. District Court, Northern District of California | 04/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active Status | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

1301 Clay Street
Oakland, CA 94612

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Trustee | Trust #1 (no reportable holdings) |
| 2.    Board President | Northern District of California Practice Program |
| 3.    Board of Governors Member | Association of Business Trial Lawyers Northern California Chapter |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 04/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The American Bar Association | March 6–8, 2019 | New Orleans, LA | ABA National Institute on White Collar Crime | Transportation, hotel, meals |
| 2. | University of Southern California, Gould School of Law | March 18–19, 2019 | Santa Monica, CA | USC Intellectual Property Institute | Transportation, hotel |
| 3. | The American Bar Association | April 4–5, 2019 | San Diego, CA | ABA Motor Vehicle Conference | Transportation, hotel, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilliam Jr., Haywood S.** | 04/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Citibank cash accounts (cash) | A | Interest | K | T | | | | | |
| 3. Chase cash accounts (cash) | A | Interest | J | T | | | | | |
| 4. Security Benefit Life Total Value Annuity (fixed annuity) | A | Interest | L | T | | | | | |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. Horizon Active Risk Assist Fund Class N (ARANX) | A | Dividend | K | T | | | | | |
| 7. Horizon Multi Asset Income Fd Inv Class (HMANX) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 8. Horizon U.S. Risk Assist Fund Inv Class (USRAX) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 9. Horizon Defined Risk Fund Investor Class (HNDRX) | A | Dividend | J | T | Buy (add'l) | 10/22/19 | J | | |
| 10. Horizon Dynamic Dividend Fund Investors Class(HNDDX) | A | Dividend | J | T | Buy | 01/04/19 | J | | |
| 11. | | | | | Buy (add'l) | 10/22/19 | J | | |
| 12. Horizon Active Income Fund Class N (AIMNX) | A | Dividend | J | T | Sold (part) | 10/22/19 | J | A | |
| 13. First Tr ETF III Horizon Managed Vol Dev Intl ETF (HDMV) | A | Dividend | J | T | | | | | |
| 14. First Tr ETF III Horizon Managed Vol Domestic ETF (HUSV) | A | Dividend | J | T | | | | | |
| 15. iShares Tr Short Treas Bd ETF (SHV) | A | Dividend | | | Sold | 10/22/19 | J | A | |
| 16. Vanguard Bd Index Fds Vanguard Total Bd Market ETF (BND) | A | Dividend | | | Sold | 10/22/19 | J | A | |
| 17. Ishares TR Barclays 7-10 Yr Teas BD ETF (IEF) | A | Dividend | J | T | Buy | 10/22/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | IRA #2 (H) | | | | | | | | | |
| 19. | FDIC Insured Deposit Sweep Account (cash) | A | Interest | J | T | | | | | |
| 20. | American Balanced Func Class F-2 (AMBFX) | B | Dividend | K | T | Buy | 08/08/19 | K | | |
| 21. | The Bond Fund of America Class F-2 (ABNFX) | A | Dividend | K | T | Buy | 08/08/19 | K | | |
| 22. | Medtronic PLC Shs (MDT) | A | Dividend | | | Sold | 08/08/19 | J | B | |
| 23. | Steris PLC Shs (STE) | A | Dividend | | | Sold | 08/08/19 | J | B | |
| 24. | Capital Income Builder Func Class F-2 (CAIFX) | B | Dividend | L | T | Buy | 08/08/19 | L | | |
| 25. | Capital World Growth & Income Fund Class F-2 (WGIFX) | B | Dividend | M | T | Buy | 08/08/19 | M | | |
| 26. | Chubb LTD Com (CB) | A | Dividend | | | Buy (add'l) | 08/05/19 | J | | |
| 27. | | | | | | Sold | 08/08/19 | J | B | |
| 28. | Aaron's Inc Com (AAN) | A | Dividend | | | Sold (part) | 08/05/19 | J | A | |
| 29. | | | | | | Sold | 08/08/19 | J | C | |
| 30. | Alliance Resource Partners LP Unit L TD (ARLP) (X) | | None | | | Sold | 08/08/19 | J | | |
| 31. | Albemarle Corp Com (ALB) | A | Dividend | | | Sold | 01/17/19 | J | | |
| 32. | Ameriprise Finl Inc Com (AMP) | A | Dividend | | | Sold | 08/08/19 | J | A | |
| 33. | Antero Midstream Corp Com (AM) | | None | | | Buy (add'l) | 04/02/19 | J | | |
| 34. | | | | | | Sold | 08/08/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Becton Dickinson & Co (BDX) | A | Dividend | | | Sold | 08/08/19 | J | A | |
| 36. | Canadian Natl Ry Co Com (CNI) | A | Dividend | | | Sold | 08/08/19 | J | A | |
| 37. | Canadian Natural Res LTD (CNQ) | A | Dividend | | | Sold | 08/08/19 | J | | |
| 38. | Casey's Gen Stores Inc (CASY) | A | Dividend | | | Sold (part) | 01/17/19 | J | A | |
| 39. | | | | | | Sold (part) | 08/05/19 | J | A | |
| 40. | | | | | | Sold | 08/08/19 | J | C | |
| 41. | Cheniere Energy PArtners LP COM (CQP) | | None | | | Sold | 08/08/19 | J | A | |
| 42. | Church & Dwight Co Inc (CHD) | A | Dividend | | | Sold (part) | 08/05/19 | J | A | |
| 43. | | | | | | Sold | 08/08/19 | J | B | |
| 44. | Costco Wholesale Corp New Com (COST) | A | Dividend | | | Sold | 08/08/19 | K | C | |
| 45. | DCP Midstream LP Com Units Ltd (DCP) | | None | | | Buy | 08/05/19 | J | | |
| 46. | | | | | | Sold | 08/08/19 | J | | |
| 47. | EQM Midstream Partners LP (EQM) | | None | | | Sold | 08/05/19 | J | | |
| 48. | Ecolab Inc Com (ECL) | A | Dividend | | | Sold (part) | 04/02/19 | J | A | |
| 49. | | | | | | Sold | 08/08/19 | J | B | |
| 50. | Enable Midstream Partners LP Com (ENBL) | | None | | | Sold | 08/08/19 | J | | |
| 51. | Energy Transfer LP Com (ET) | | None | | | Buy (add'l) | 01/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | Sold | 08/08/19 | J | | |
| 53. | Enlink Midstream Ream Partners LP (ENLK) | | None | | | Sold | 08/08/19 | J | | |
| 54. | Enterprise Prods Partners LP (EPD) | | None | | | Buy (add'l) | 08/05/19 | J | | |
| 55. | | | | | | Sold | 08/08/19 | J | A | |
| 56. | Flowers Foods Inc Com (FLO) | A | Dividend | | | Buy | 01/17/19 | J | | |
| 57. | | | | | | Sold (part) | 08/05/19 | J | A | |
| 58. | | | | | | Sold | 08/08/19 | J | A | |
| 59. | General Dynamics Corp Com (GD) | A | Dividend | | | Sold | 08/08/19 | J | A | |
| 60. | The Growth Fund of America Class F-2 (GFFFX) | C | Dividend | L | T | Buy | 08/08/19 | L | | |
| 61. | Hanover Ins Group Inc Com (THG) | A | Dividend | | | Sold | 08/08/19 | J | A | |
| 62. | L3Harris Technologies Inc Corp (HRS) | A | Dividend | | | Buy | 05/01/19 | J | | |
| 63. | | | | | | Sold | 08/08/19 | J | A | |
| 64. | Hasbro Inc Com (HAS) | A | Dividend | | | Sold | 08/08/19 | J | B | |
| 65. | Heico Corp New Com (HEI) | A | Dividend | | | Buy | 04/02/19 | J | | |
| 66. | | | | | | Sold | 08/08/19 | J | A | |
| 67. | Helmerich & Payne Inc Com (HP) | A | Dividend | | | Buy (add'l) | 01/17/19 | J | | |
| 68. | | | | | | Sold | 08/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Hess Midstream Partners LP (HESM) | | None | | | Sold | 08/08/19 | J | | |
| 70. Holly Energy Partners LP Com (HEP) | | None | | | Buy | 05/01/19 | J | | |
| 71. | | | | | Sold | 08/08/19 | J | | |
| 72. Hormel Foods Corp Com (HRL) | A | Dividend | | | Sold<br>(part) | 01/17/19 | J | A | |
| 73. | | | | | Sold | 08/08/19 | J | | |
| 74. Illinois Tool Works Inc Com (ITW) | A | Dividend | | | Sold<br>(part) | 04/02/19 | J | A | |
| 75. | | | | | Sold | 08/08/19 | J | A | |
| 76. International Business Machs Corp Com (IBM) | A | Dividend | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 77. | | | | | Sold | 08/08/19 | J | | |
| 78. Intl Flavors & Fragrances Inc (IFF) | A | Dividend | | | Sold | 08/08/19 | J | | |
| 79. The Investment Company of America Class F-2 (ICAFX) | D | Dividend | M | T | Buy | 08/08/19 | J | | |
| 80. Lockheed Martin Corp Com (LMT) | A | Dividend | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 81. | | | | | Sold | 08/08/19 | J | B | |
| 82. MPLX LP Com Unit Repstg LTD Partner Int (MPLX) | | None | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 83. | | | | | Sold | 08/08/19 | J | | |
| 84. Magellan Midstream Partners LP Com Unit (MMP) | | None | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 85. | | | | | Sold | 08/08/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. McDonalds Corp (MCD) | A | Dividend | | | Buy | 01/17/19 | J | | |
| 87. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 88. | | | | | Sold | 08/08/19 | J | B | |
| 89. Microsoft Corp Com (MSFT) | A | Dividend | | | Sold (part) | 05/01/19 | J | A | |
| 90. | | | | | Sold | 08/08/19 | K | C | |
| 91. Nextra Energy Partners LP com Unit L TD (NEP) | A | Dividend | | | Buy | 08/05/19 | J | | |
| 92. | | | | | Sold | 08/08/19 | J | A | |
| 93. Nike Inc Cl B (NKE) | A | Dividend | | | Sold | 08/08/19 | J | A | |
| 94. Noble Midstream Partners LP Com Unit (NBLX) (Y) | | | | | | | | | |
| 95. Occidental Pete Corp Com (OXY) | A | Dividend | | | Buy (add'l) | 06/03/19 | J | | |
| 96. | | | | | Sold (part) | 06/11/19 | J | | |
| 97. | | | | | Sold | 08/08/19 | J | | |
| 98. ONEOK Inc New Com (OKE) | A | Dividend | | | Buy (add'l) | 01/17/19 | J | | |
| 99. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 100. | | | | | Sold | 08/08/19 | J | A | |
| 101. Parker Hannifin Corp Com (PH) | A | Dividend | | | Sold (part) | 04/02/19 | J | | |
| 102. | | | | | Sold | 06/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Pembina Pipeline Corp Com (PBA) | | None | | | Buy | 08/05/19 | J | | |
| 104. | | | | | Sold | 08/08/19 | J | A | |
| 105. Phillips 66 Partners LP Com (PSXP) | | None | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 106. | | | | | Sold | 08/08/19 | J | A | |
| 107. Polaris Industries Inc Com (PII) | A | Dividend | | | Sold | 08/08/19 | J | A | |
| 108. Qualcomm Inc (QCOM) | | None | | | Buy | 06/11/19 | J | | |
| 109. | | | | | Sold | 08/08/19 | J | A | |
| 110. Raytheon Co Com New (RTN) | A | Dividend | | | Sold | 08/08/19 | J | | |
| 111. Roper Technologies Inc Com (ROP) | A | Dividend | | | Sold | 08/08/19 | J | B | |
| 112. Ross Stores Inc (ROST) | A | Dividend | | | Sold | 08/08/19 | J | B | |
| 113. SEI Investments Co Com (SEIC) | A | Dividend | | | Sold | 08/08/19 | J | | |
| 114. Sherwin Williams Co Com (SHW) | A | Dividend | | | Sold<br>(part) | 04/02/19 | J | A | |
| 115. | | | | | Sold | 08/08/19 | J | B | |
| 116. Shire PLC Spons ADR (SHPG) | | None | | | Merged<br>(with line 124) | 01/10/19 | J | B | |
| 117. Summit Midstream Partners LP Com<br>(SMLP) | | None | | | Sold | 04/02/19 | J | | |
| 118. Suncor Energy Inc New Com (SU) | A | Dividend | | | Sold | 08/08/19 | J | | |
| 119. TJX Cos Inc New Com (TJX) | A | Dividend | | | Sold | 08/08/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Tallgrass Energy GP LP Shs Cl A (TGE) | | None | | | Sold | 08/08/19 | J | | |
| 121. Targa Res Corp Com (TRGP) | A | Dividend | | | Buy (add'l) | 01/17/19 | J | | |
| 122. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 123. | | | | | Sold | 08/08/19 | J | | |
| 124. Takeda Pharmaceutical Co Ltd (TAK) | | None | | | Sold | 01/17/19 | J | A | |
| 125. TC Energy Corporation Registered SHS (TRP) (X) | A | Dividend | | | Sold | 08/08/19 | J | A | |
| 126. Tencent Hldgs LTD ADR (TCEHY) | A | Dividend | | | Sold (part) | 01/17/19 | J | | |
| 127. | | | | | Sold | 08/08/19 | J | | |
| 128. Texas Instruments Inc (TXN) | A | Dividend | | | Sold | 08/08/19 | J | B | |
| 129. USA Compression Partners LP Com Unit (USAC) | | None | | | Sold | 08/08/19 | J | A | |
| 130. Union Pac Corp Com (UNP) | A | Dividend | | | Sold | 08/08/19 | J | B | |
| 131. V F Corp Com (VFC) | A | Dividend | | | Sold | 08/08/19 | J | A | |
| 132. Viper Energy Partners LP Com Unit (VNOM) | A | Dividend | | | Sold (part) | 05/01/19 | J | | |
| 133. | | | | | Sold | 08/08/19 | J | A | |
| 134. Visa Inc Com Cl A (V) | A | Dividend | | | Sold | 08/08/19 | J | B | |
| 135. WEC Energy Group Inc Com (WEC) | A | Dividend | | | Buy | 01/17/19 | J | | |
| 136. | | | | | Sold (part) | 08/05/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold | 08/08/19 | J | B | |
| 138. Western Midstream Partners L P Com Unit Ltd Parnership Int (WES) | | None | | | Sold (part) | 03/18/19 | J | | |
| 139. | | | | | Sold | 08/08/19 | J | | |
| 140. Williams Cos Inc Com (WMB) | A | Dividend | | | Sold | 08/08/19 | J | | |
| 141. Xilinx Inc Com (XLNX) | A | Dividend | | | Sold (part) | 01/17/19 | J | A | |
| 142. | | | | | Sold | 08/08/19 | J | C | |
| 143. Digital Rlty Tr Inc Com (DLR) | A | Dividend | | | Sold | 08/08/19 | J | A | |
| 144. Miller Convertible Bond Fund Class I (MCIFX) | D | Dividend | N | T | Buy (add'l) | 03/18/19 | J | | |
| 145. | | | | | Sold (part) | 05/01/19 | J | | |
| 146. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 147. Brokerage Account #1 (H) | | | | | | | | | |
| 148. Gamco Global Gold, Natural Resources and Income Trust (GGN) | A | Dividend | J | T | | | | | |
| 149. Tier REIT I (TIER) | A | Dividend | | | Merged (with line 150) | 06/17/19 | J | | |
| 150. Cousins PPTYS Inc Com New (CUZ) | A | Dividend | J | T | | | | | |
| 151. COLLEGE 529 #1 (H) | | | | | | | | | |
| 152. American Funds College Enrollment Fund-529A (CENAX) | D | Dividend | M | T | Sold (part) | 05/30/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Name change: Antero Midstream Corp Com (AM) was Antero Midstream Partners LP (AM).

Name change: Western Midstream Partners L P Com Unit Ltd Parnership Int (WES) was Western Gas Partners LP Com Unit (WES).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Haywood S. Gilliam Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544